**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL JOSEPH GRANT JR.,

Plaintiff

v.

FALLON POLICE DEPARTMENT, et al.,

Defendants

Case No.: 3:26-cv-00341-ART-CSD

**Order**

Re: ECF No. 1

Plaintiff filed a change-of-address notice showing that he is no longer incarcerated. (*See* ECF No. 5.) Because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* ("IFP") for an inmate is moot. (*See* ECF No. 1).

It is therefore ordered that Plaintiff's application to proceed IFP for an inmate (ECF No. 1) is denied without prejudice as moot.

It is further ordered that Plaintiff has until November 2, 2026, to either pay the full $405 filing fee for this action or file an application to proceed IFP for non-inmates.

It is further ordered that if Plaintiff fails to comply with this order, this action will be subject to dismissal without prejudice.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed IFP by a non-prisoner with instructions.

**IT IS SO ORDERED**.

Dated: October 2, 2026

Craig S. Denney
United States Magistrate Judge